# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---------------------------------------

*Jorquet*

-v-

*MTA, et al*

---------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-6877__

JUDGE: __LAP__

DATE: __AUGUST 22, 2008__

*(U.S. DISTRICT COURT FILED AUG 22 2008 S.D. OF N.Y.)*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------

**DOCUMENT DESCRIPTION**                                          **DOC. #**

__CLERK'S CERTIFICATE__                                           _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                       _____

_____                     _____
_____                     _____
_____                     _____
_____                     _____
_____                     _____
_____                     _____

( √ ) **Original Record**                            ( ____ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Torquet

-v-

MTA, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-6877

JUDGE: LAP

DATE: AUGUST 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 5, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-06877-LAP
Internal Use Only

Lorquet v. Metropolitan Transportation Authority et al
Assigned to: Judge Loretta A. Preska
Cause: 42:1983 Civil Rights Act

Date Filed: 08/01/2008
Date Terminated: 08/01/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Nolita C. Lorquet.(rdz) (Entered: 08/05/2008) |
| 08/01/2008 | 2 | COMPLAINT against Metropolitan Transportation Authority, Internal Revenue Service, Museum of Television & Radio, CBS Television Corporation, Tiffany & Co., Citibank. Document filed by Nolita C. Lorquet.(rdz) (Entered: 08/05/2008) |
| 08/01/2008 |  | Magistrate Judge Kevin N. Fox is so designated. (rdz) (Entered: 08/05/2008) |
| 08/01/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, but the complaint must be dismissed for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed because it "lacks an arguable basis either in law or in fact". The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/1/2008) (mbe) (Entered: 08/07/2008) |
| 08/01/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 8/1/2008) (mbe) (Entered: 08/07/2008) |
| 08/15/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Nolita C. Lorquet. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 08/22/2008) |
| 08/15/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Nolita C. Lorquet. $455.00 APPEAL FEE DUE. IFP REVOKED 8/1/08. (tp) (Entered: 08/22/2008) |
| 08/22/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/22/2008) |